# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  3:19-CR-00002-002 |
| Esmeralda Mata-Bustos | ) |
| | ) USM No:  01108-120 |
| Date of Original Judgment:  February 24, 2020 | ) |
| Date of Previous Amended Judgment: | ) Michael B. Wallace |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108  months **is reduced to**  87  .

Mata-Bustos was originally sentenced on February 12, 2020, to a term of 108 months imprisonment and a three-year term of supervised release, for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine. Her total offense level was determined to be 31 with a criminal history category I, which yielded an advisory sentencing range of 108-135 months. The Court also imposed the $100 mandatory assessment. She was taken into custody at sentencing and began her imprisonment sentence on February 12, 2020. She presently has a projected release date of June 9, 2026.

Based on Part B, subchapter 1 of Amendment 821 of the United States Sentencing Guidelines, the defendant is eligible for a two-level reduction under the newly created provision found at USSG §4C1.1(a) for certain zero-point offenders. Such a reduction results in a total offense level 29 with a criminal history category I, which yields an advisory sentencing range of 87-108 months.

The Government opines that the defendant is eligible for a reduction in sentence and recommends a sentence at the bottom of the newly calculated advisory guideline range. Therefore, the Court imposes a custodial sentence of 87 months.

Except as otherwise provided, all provisions of the judgment dated  February 24, 2020  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  29 Jan 2024

Judge's signature

Effective Date:  February 1, 2024
*(if different from order date)*

C. Ashley Royal, Senior U.S. District Judge
*Printed name and title*